902 F.2d 27
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Anthony CROWELL, Plaintiff-Appellant,
v.
David WILLIAMS, Individually and in his official capacity as
Warden; Edward Murray, Individually and in his official
capacity as director; E.C. Morris, Individually and in his
official capacity as deputy director; Robert A. Libsner,
Individually and in his official capacity as chairman of
Central Classification; Toni V. Bair, Individually and in
his official capacity as regional administrator; Patrick J.
Gurney, Individually and in his official capacity as
Assistant Warden of Operations at Powhatan Correctional
Center; Layton T. Lester, Individually and in his official
capacity as Assistant Warden of Programs at Powhatan
Correctional Center; Major Lewis, Individually and in his
official capacity; Moses Lewis, Captain, Individually and
in his official capacity as supervisor of M Building Maximum
Security at Powhatan Correctional Center; Joe Edmonds,
Individually and in his official capacity as chairman of the
adjustment committee at Powhatan; Alfred L. Johnson,
Sergeant, Individually and in his official capacity as
security officer in M Building, Powhatan Correctional
Center; William Penn, Sergeant, Individually and in his
official capacity as supervisor of cell houses at Powhatan
Correctional Center; Officer Bailey, Individually and in
his official capacity as correctional officer; A.D. Wilson,
Individually and in his official capacity as correctional
officer; Wiley Blair, Dietitian, Individually and in his
official capacity as food service manager; H.B. Cassada,
Individually and in his official capacity as counsel of M
Building; B.S. Marano, Individually and in his official
capacity as counsel of M Building, Defendants-Appellees.
 No. 89-6040.
 United States Court of Appeals, Fourth Circuit.
 Submitted April 2, 1990.
Decided April 16, 1990.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. John A. MacKenzie, Senior District Judge. (C/A No. 88-226-N)
 Anthony Crowell, appellant pro se.
 Richard Francis Gorman, III, Office of the Attorney General of Virginia, Richmond, Va., for appellees.
 E.D.Va.
 AFFIRMED.
 Before ERVIN, Chief Judge, and PHILLIPS and CHAPMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 Anthony Crowell appeals from the district court's orders denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Crowell v. Williams, C/A No. 88-226-N (E.D.Va. Dec. 1, 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED